UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO DAVID RESENDIZ VALLARTA, et al., | Case No.  25-cv-10243-VC |
| Plaintiffs, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| ONTRA LOGISTICS, INC., et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Judge Rita F. Lin for consideration of whether the case is related to *Herrera v. Ontrac Logistics, Inc. et al*, No. CV 3:25-cv-00022-RFL.

**IT IS SO ORDERED.**

Dated: February 2, 2026

_____

VINCE CHHABRIA
United States District Judge